**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| DENIS DAVID SANTOS GARCIA, )<br><br>Petitioner, )<br><br>v. )<br><br>FIELD OFFICE DIRECTOR OF THE )<br>DALLAS FIELD OFFICE, IMMIGRATION )<br>AND CUSTOMS ENFORCEMENT, )<br>ENFORCEMENT AND REMOVAL )<br>OPERATIONS, et al., )<br><br>Respondents. ) | Case No. CIV-26-01148-JD |

**<u>ORDER</u>**

Before the Court is Respondents' Response and Notice of Release ("Response") [Doc. No. 14], filed in response to Petitioner Denis David Santos Garcia's ("Petitioner") Notice of Noncompliance with the Court's Judgment and Request for Relief [Doc. No. 12]. The Response and its attached exhibit confirm that Petitioner has been released from custody as of July 30, 2026, and therefore the issue is moot. [Doc. Nos. 14, 14-1]. The Court further notes and confirms through the relevant public information system that Petitioner is not in custody. *See* U.S. Immigration and Customs Enforcement, *Online Detainee Locator System*, https://locator.ice.gov/odls/ (last accessed August 4, 2026); *Winzler v. Toyota Motor Sales U.S.A., Inc.*, 681 F.3d 1208, 1213 (10th Cir. 2012) ("The contents of an administrative agency's publicly available files . . . traditionally qualify for judicial notice . . . .").

Consequently, to the extent Petitioner's Notice of Noncompliance with the Court's Judgment and Request for Relief is a motion requesting post-judgment relief, the Court DENIES it as moot. [Doc. No. 12].

IT IS SO ORDERED this 5th day of August 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE